**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| MAMADOU CISSE,<br>Petitioner,<br>v.<br>TODD BLANCHE, *et al.*,<br>Respondents. | Case No.: 2:26-cv-03429-RFB-EJY<br>**ORDER** |

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 7), it has come to the Court's attention that Petitioner, Mamadou Cisse, has another habeas proceeding pending in this District: Cisse v. Mattos, No. 2:26-CV-02116-JAD-NJK.

Accordingly, **IT IS HEREBY ORDERED** that, on or before November 2, 2026, Petitioner, with the assistance of counsel, must indicate whether Petitioner intends to proceed with their petition in the instant case, or in Petitioner's duplicate proceeding pending before this Court. See Cisse v. Mattos, No. 2:26-CV-02116-JAD-NJK.

**DATED:** October 30, 2026.

/s/ Richard F. Boulware II
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**